IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSEPH ROBERTS, <br> TDCJ NO. 477620, <br> Petitioner, <br><br> v. <br><br> NATHANIEL QUARTERMAN, <br> Institutional Corrections Division, <br> Texas Department of Criminal Justice, <br> Respondent. | § § § § § § § § § § | EP-07-CA-301-FM |

### FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order of this Court entered this date, the Court enters its final judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

IT IS ORDERED that Petitioner Joseph Roberts's cause is **DISMISSED WITH PREJUDICE**.

IT IS FURTHER ORDERED that Petitioner is **DENIED** a certificate of appealability.

IT IS FURTHER ORDERED that any relief not specifically granted in the Final Judgment is **DENIED**.

The Clerk shall close this case.

SIGNED this ___14___ day of December 2007.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE